# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION



| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| CHARLES RAY CUTLER II | § | |
| | § | |
| PHUONG HOAI CAO | § | |
| aka "JERRY" | § | |
| CHARLES LEE DEROUEN | § | |
| aka "POP" | § | |
| ANGEL ANDRIA GABRIEL | § | |
| | § | |

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

15 CR 177

United States District Court
Southern District of Texas
FILED

APR 0 1 2015

David J. Bradley, Clerk of Court

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

### (Conspiracy to Possess With Intent to Distribute Controlled Substance)

Between on or about January 1, 2012 and continuing until on or about December 31, 2013,

in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants,**



**CHARLES RAY CUTLER II,**

**PHUONG HOAI CAO aka "JERRY,"**
**CHARLES LEE DEROUEN aka "POP,"**
**ANGEL ANDRIA GABRIEL and**

did knowingly and intentionally conspire and agree with each other and with other persons known

and unknown to the Grand Jurors to possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT TWO

### (Possession With Intent to Distribute Controlled Substance)

On or about January 29, 2013, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

### CHARLES RAY CUTLER II,

did knowingly and intentionally possess with intent to distribute a controlled substance.  This violation involved a quantity of 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT THREE

**(Possession With Intent to Distribute Controlled Substance)**

On or about February 13, 2013, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants,**

**CHARLES RAY CUTLER II,**
**CHARLES LEE DEROUEN aka "POP" and**
**ANGEL ANDRIA GABRIEL,**

did knowingly and intentionally possess with intent to distribute a controlled substance.  This violation involved a quantity of 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT FOUR

**(Possession With Intent to Distribute Controlled Substance)**

On or about February 21, 2013, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

**CHARLES RAY CUTLER II,**

did knowingly and intentionally possess with intent to distribute a controlled substance.  This violation involved a quantity of 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT FIVE

**(Possession With Intent to Distribute Controlled Substance)**

On or about February 24, 2013, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants,**



did knowingly and intentionally possess with intent to distribute a controlled substance.  This violation involved a quantity of 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.


## COUNT SIX

**(Possession With Intent to Distribute Controlled Substance)**

On or about March 27, 2013, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants,**



**CHARLES RAY CUTLER II,**

did knowingly and intentionally possess with intent to distribute a controlled substance.  This violation involved a quantity of 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT SEVEN

**(Possession With Intent to Distribute Controlled Substance)**

On or about April 3, 2013, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

**PHUONG HOAI CAO aka "JERRY,"**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT EIGHT

**(Possession With Intent to Distribute Controlled Substance)**

On or about September 5, 2013, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants,**

**CHARLES RAY CUTLER II and**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## NOTICE OF CRIMINAL FORFEITURE

Title 21, United States Code, Section 853

Pursuant to Title 21, United States Code, Section 853, as a result of the commission of a violation of 21 U.S.C. §§ 846 and 841, as charged in Counts One, Two, Three, Four, Five, Six, Seven and Eight of the Indictment, notice is given that the **Defendants,**



**CHARLES RAY CUTLER II,**

**PHUONG HOAI CAO aka "JERRY,"**
**CHARLES LEE DEROUEN aka "POP,"**
**ANGEL ANDRIA GABRIEL and**

shall forfeit to the United States of America:

(1)     any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

(2)     any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation,

including, but not limited to, the following property:

Approximately     ONE   MILLION   AND   EIGHTY   THOUSAND   DOLLARS ($1,080,000.00) in United States currency.

## MONEY JUDGMENT

Defendants are notified that in the event of conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture.

## SUBSTITUTE ASSETS

In the event that the property which is subject to forfeiture to the United States, as a result of any act or omission of any of the defendants:

(1)      cannot be located upon exercise of due diligence;

(2)      has been placed beyond the jurisdiction of the Court;

(3)      has been transferred or sold to, or deposited with a third party;

(4)      has been substantially diminished in value; or

(5)      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of such property, pursuant to Title 21, United States Code, Section 853(p), and Title 18,   United States Code, Section 982(b) incorporating Title 21, United States Code, Section 853(p).


A TRUE BILL:

Original Signature on File


KENNETH MAGIDSON
UNITED STATES ATTORNEY


ARTHUR R. JONES
Assistant United States Attorney


TRUE COPY I CERTIFY
ATTEST: 4-27-2015
DAVID J. BRADLEY, Clerk of Court
By
Deputy Clerk

*F B I*

80910-379

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Charles Ray Cutler II | ) | Case No.   4:15-cr-00177 - 3 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

*Sealed*
Public and unofficial staff access
to this instrument are
prohibited by court order.

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      Charles Ray Cutler II
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Conspiracy to Possess With Intent to Distribute Controlled Substance [Title 21, USC Sections 846, 841 (a)(I) and
841 (b)(1)(A)]
Cts. 3-4: Possession With Intent to Distribute Controlled Substance [ Title 21, USC Sections 841 (a)(1) and 841 (b)(1)(A)]
Ct. 6: Possession With Intent to Distribute Controlled Substance [ Title 21, USC Sections 841 (a)(1) and 841 (b)(1)(A)]
Ct. 8: Possession With Intent to Distribute Controlled Substance [ Title 21, USC Sections 841 (a)(1) and 841 (b)(1)(A)]

Date:    04/02/2015                                                 _____
                                                                     *Issuing officer's signature*

City and state:    Houston, TX                                       O. Lindor
                                                                     *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)*
at *(city and state)* _____

Date: _____              _____
                                     *Arresting officer's signature*

                                     _____
                                     *Printed name and title*

*FID: 9775086*

80914-379

FBI

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States of America
v.
Phuong Hoai Cao

Case No.   4:15-cr-00177 - 5

*Defendant*

## ARREST WARRANT

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order.

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Phuong Hoai Cao
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Conspiracy to Possess With Intent to Distribute Controlled Substance [Title 21, USC Sections 846, 841 (a)(t) and
841 (b)(1 )(A)]
Ct 7: Possession With Intent to Distribute Controlled Substance [ Title 21, USC Sections 841 (a)(1) and 841 (b)(1 )(A)]

Date:   04/02/2015

_____
*Issuing officer's signature*

City and state:   Houston, TX

O. Lindor
*Printed name and title*

COPY

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

FID: 9775 799

80912-379



AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  4:15-cr-00177 - 6 |
| Charles Lee Derouen | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order.

## ARREST WARRANT

To:      Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Charles Lee Derouen

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Conspiracy to Possess With Intent to Distribute Controlled Substance [Title 21, USC Sections 846, 841 (a)(l) and 841 (b)(1)(A)]
Ct 3: Possession With Intent to Distribute Controlled Substance [ Title 21, USC Sections 841 (a)(1) and 841 (b)(1)(A)]

Date:    04/02/2015

_____
Issuing officer's signature

City and state:    Houston, TX

O. Lindor
_____
Printed name and title

| Return | | |
|---|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | | |
| Date: _____ | _____ Arresting officer's signature | |
| | _____ Printed name and title | |

FID-4654502

80911-379



AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Angel Andria Gabriel | ) Case No.  4:15-cr-00177 - 7 |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order.

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Angel Andria Gabriel
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Conspiracy to Possess With Intent to Distribute Controlled Substance [Title 21, USC Sections 846, 841 (a)(l) and
841 (b)(1 )(A)]
Ct 3: Possession With Intent to Distribute Controlled Substance [ Title 21, USC Sections 841 (a)(1) and 841 (b)(1 )(A)]

Date:    04/02/2015                                                    _____
                                                                          *Issuing officer's signature*

City and state:    Houston, TX                                          O. Lindor
                                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____                    _____<br>*Arresting officer's signature* |
|                                         _____<br>*Printed name and title* |

FID: 9775480